NO. 3062

Funds appropriated by H. B. No. 336,
Regular Session, 46th Legislature, may not
be used to pay claims, compensation or damages
for cotton destroyed under terms of Article
73, Revised Civil Statutes, 1925.

OFFICE OF THE ATTORNEY GENERAL

June 17, 1939

Honorable Charles E. Baughman
Chief Clerk
Department of Agriculture
Austin, Texas

Dear Sir:

Opinion No. O-927
Re: Payment of damages for cotton
destroyed under Art. 73, R. C.
S. 1925, out of funds appro-
priated by H. B. No. 336, 46th
Legislature, Regular Session.

We are in receipt of your letter of June 2, 1939,
in which you request the opinion of this department as to
whether claims or damages arising out of the destruction
of cotton under the provisions of Article 73, Revised Civil
Statutes, 1925, may be paid from funds appropriated by
House Bill No. 336, Acts Regular Session 46th Legislature.

Chapter 3, Title 4, Revised Statutes, 1925, author-
izes the Commissioner of Agriculture to destroy cotton which
is infested or contaminated with pink bollworm, upon compli-
ance with the provisions of the Act. Chapter 3, Title 4
also provides for the presentation and adjudication of
claims by affected persons arising out of the enforcement
of the provisions therein contained.

The Title and Section 1 of House Bill No. 336,
46th Legislature, Acts 1939, Regular Session, provide as
follows:

"AN ACT making an emergency appropriation
to supplement an appropriation made by the
Regular Session of the Forty-fifth Legislature for
the fiscal year ending August 31, 1939, found
on page 1368, Acts of the Regular Session of the
forty-fifth Legislature; said appropriation is
to pay the salaries and other expenses of the
inspection work incident to the eradication of
the pink bollworm, under the provisions of
Chapter 3, Title 4, Revised Civil Statutes of
Texas, 1939, known as the Pink Bollworm Law,
and amendment thereto, and declaring an emergency."

"Section 1. That the sum of Eleven Thousand
Dollars ($11,000), or so much thereof as may be
necessary, is hereby appropriated out of any
moneys in the General Revenue not heretofore
appropriated; said money is to be appropriated
in compliance with the Statutes governing the
expenditures of the Agricultural Department in
accordance with the appropriation made by the
Regular session of the Fifty-fifth Legislature
and the same is hereby appropriated for the follow-
ing purposes: To pay salaries and other expenses of
the inspection work incident to the eradication of
the pink bollworm and the administration of
Chapter 3, Title 4, Revised Civil Statutes of the
State of Texas, 1939, known as the Pink Bollworm
Law, and amendments thereto, no salary to exceed
the sum of One thousand, Four Hundred and Fifty
Dollars ($1,450) per year."

The appropriation found on page 1368, Acts of the
Forty-fifth Legislature, to which this emergency appropria-
tion is supplemental, provides in part as follows:

"AGRICULTURAL DEPARTMENT

For the years ending

| | August 1st 1938 | August 1st 1939 |
|---|---|---|
| "12. Salary and other expenses in inspection and administration of Chapter 3, Title 4, Revised Civil Statutes, 1925, known as the Pink Boxlworm Law, no salary to exceed $1800 per year | $15,000.00 | $15,000.00" |

That there is a clear distinction between the
appropriation of moneys for the payment of claims and
damages arising out of the enforcement of the provisions
of Chapter 3, Title 4, and the payment of salaries and
other administrative expenses, we think is manifest.
Without referring at length to the various former depart-
mental appropriation bills, we note that the Legislature
has regularly appropriated in the general departmental
appropriation bills, moneys in substantially the same
amounts, and for substantially the same purposes, as
those recited in that portion of the Act of the Forty-fifth
Legislature quoted above. From time to time it has also
been necessary to make emergency appropriations in sub-
stantially the same amount and for like purposes as that
contained in House Bill No. 536, Acts Forty-sixth Legisla-
ture.

Article 81, Revised Civil Statutes, 1925, provides
as follows:

"All claims for damages and claims for compen-
sation arising from the enforcement of the provisions
of this law shall be paid on certified statement
by the Chairman of the Compensation Claim Board,
or upon certified copy of the final judgment of the

court of competent jurisdiction, by warrants drawn
by the Comptroller upon the State Treasurer, and

all salaries and other expenses incurred in the ad-
ministration of this law shall be paid in the usual
way upon a certified statement of the Commissioner
of Agriculture."

Chapter 3, Title 4, Revised Civil Statutes, 1925,
as originally enacted contained an appropriation of $125,000.00,
"One Hundred Thousand ($100,000) Dollars of which may be used
in payment of compensation and damages which may become due under
the provisions of this Act, and the remaining Twenty-five Thou-
sand ($25,000) Dollars of which may be used in the payment of
expenses incurred in the administration of this Act, which shall
include salaries, expenses, printing, postage, telegraph, tele-
phone, express, etc., needed in the enforcement of this Act."
Acts 1921, 37th Leg., 1st. C. S., Ch. 41, S. B. No. 15, Sec. 14,
p. 127.

Again in 1933 the Legislature made an appropriation
in the sum of $500,000.00 for the payment of claims accumulated
for the years 1929 through 1932, arising out of the enforcement
of the Act. Acts, 43rd Leg., 1st C. S., Ch. 87, S. B. No. 52,
p. 184.

In providing that the money appropriated by Houst
Bill No. 336, 46th Legislature, should be used "to pay salaries
and other expenses of the inspection work incident to the eradi-
cation of the pink bollworm and the administration of Chapter 3,
Title 4", the general clause, "and the administration of Chapter
5, Title 4," is limited in meaning to expenses of a general
administrative character, as that term is generally understood,
necessary or incident to the enforcement of the provisions of
the act. For a partial list of such items see that portion of
S. B. No. 15, 37th Legislature, quoted above. The title of
House Bill No. 336, clearly does not include the payment of
damages or claims but contemplates inspection and enforcement
of the pink bollworm law.

It is our opinion that House Bill No. 336, Acts
Regular Session, 46th Legislature, does not authorize payment
of claims, compensation or damages, out of the funds therein
appropriated, for cotton which has been destroyed by virtue
of the terms of Article 73, Revised Civil Statutes, 1925.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By (signed ) Cecil C. Cammack

Cecil C. Cammack
Assistant

CCO:GO

This opinion has been considered in conference, approved,
and hereby ordered recorded.

(signed) GERALD C. MANN
Gerald C. Mann
Attorney General of Texas